FILED
 2007 Oct-29 AM 10:16
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **MARK A. PARTAIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Civil Action No.  CV 06-S-2093-NE** |
| | ) | |
| **WARDEN BILLY MITCHEM** | ) | |
| **and CAPTAIN LLOYD** | ) | |
| **WALLACE** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 5, 2007, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and it hereby hereby is,  ADOPTED, and his recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  An appropriate order will be entered.

DONE this 29th day of October, 2007.

                           United States District Judge